In the Matter of the Application of ELLEN B. WILLIAMS, Appellant, an Alleged Incompetent Person.

COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, Respondent.

*Matter of Williams,* 119 App. Div. 866, affirmed.
(Argued May 23, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1907, which affirmed an order of Special Term denying petitioner's application for the vacation of an order adjudging her an incompetent person.

*Josiah Canter* and *Franklin Bien* for appellant.

*William B. Ellison, Corporation Counsel (Theodore Connoly, Terence Farley* and *George H. Cowie* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.